IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAURA SEITZ,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:20cv1944 |
| | ) | **Electronic Filing** |
| **FISHER SCIENTIFIC COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 5th day of April, 2021, IT IS ORDERED that the Case Management Conference previously set for 4/12/21 is **RESCHEDULED** for **Wednesday, April 14, 2021, at 11:00 a.m.** The Conference will be conducted telephonically. Counsel may participate in the Conference by dialing 866-390-1828 and entering access code 6977888 at the scheduled time.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Michael J. Bruzzese, Esquire
Marla N. Presley, Esquire
Sean P. Dawson, Esquire

(*Via CM/ECF Electronic Mail*)